JEFFER, MANGELS, BUTLER & MARMARO LLP
ROD S. BERMAN (Bar No. 105444)
STANLEY M. GIBSON (Bar No. 162329)
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-4308
Telephone:  (310) 203-8080
Facsimile (310) 203-0567

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELCOME COMPANY, LTD., a Taiwanese company<br><br>                                          Plaintiff(s),<br><br>           v.<br><br>TECHNOPACK CORPORATION, TRITON PACKAGING, AMAZON.COM, INC., EBAY INC. and DOES 1 through 10, inclusive<br><br>                                          Defendant(s). | CASE NUMBER<br>CV 10-00203  JFW-PJW<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s)  eBay Inc. without prejudice

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


| May 12, 2010 | /s/ Stanley M. Gibson |
|---|---|
| *Date* | *Signature of Attorney/Party* |


*NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)


American LegalNet, Inc.
www.FormsWorkFlow.com