1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROD S. BERMAN (Bar No. 105444)
2  *rberman@jmbm.com*
   STANLEY M. GIBSON (Bar No. 162329)
3  *sgibson@jmbm.com*
   1900 Avenue of the Stars, Seventh Floor
4  Los Angeles, California  90067-4308
   Telephone:     (310) 203-8080
5  Facsimile:     (310) 203-0567

6  Attorneys for Plaintiff WELCOME COMPANY, LTD.

7  KLARQUIST SPARKMAN, LLP
   JEFFREY S. LOVE (BAR NO. 195068)            JS-6
8  *jeffrey.love@klarquist.com*
   ROB T. CRUZEN
9  *rob.cruzen@klarquist.com*
   121 S.W. Salmon Street, Suite 1600
10 Portland, Oregon 97204
   Telephone: 503-595-5300
11 Facsimile: 503-595-5301
   Attorneys for Defendants: AMAZON.COM, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WELCOME COMPANY, LTD., a Taiwanese company, | CASE NO. CV 10-0203 JFW-PJW |
| Plaintiff(s),<br>v. | ORDER RE VOLUNTARY DISMISSAL BY STIPULATION |
| AMAZON.COM, INC., EBAY, INC. and DOES 1 through 10, inclusive, | |
| Defendant(s). | |

**ORDER**

Pursuant to the Voluntary Dismissal by Stipulation pursuant to Federal Rule of Civil Procedure 41(a)(2), and [Proposed] Order and good cause appearing therefore, IT IS SO ORDERED that Defendant Amazon.com, Inc. is dismissed without prejudice from the Complaint in the above-captioned matter.  Each party will bear its own attorneys' fees and costs.

Date:  May 25,. 2010

_____
United States District Judge

PRINTED ON
RECYCLED PAPER

7030107v1